**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida www.flsb.uscourts.gov
**Chapter 13 Plan (Individual Adjustment of Debts)**

[ ] ____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Salinas Rodriguez, Maria Celeste**   JOINT DEBTOR: **,** _____   CASE NO: **15-24003-JKO**
Last Four Digits of SS# **7123** _____   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **36** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $137.50 for months **1** to 5 ;
   $143.00 for months 6 to 20;
   $66.00 for months 21 to 36;
in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **3,500.00** TOTAL PAID $ **1,000.00**
                  Balance Due: $ **2,500.00** payable $125.00/month (Months **1** to 20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **None** _____   Arrearage on Petition Date $
                                      Arrears Payment $ /month (Months  to  )
                                      Regular Payment $ /month (Months  to  )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Navgen Capital account # *9032** | **Homestead property located at: 6107 FLETCHER ST HOLLYWOOD FL 330** $142650.00 | 0.00 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None** _____   Total Due $
                                      Payable $ /month (Months  to  ) Regular Payment $ _____ .

Unsecured Creditors: Pay $ **0.00** /month (Months  **1**  to  **5**  ).

  Pay $10.00/month (Months 6 to 20)

  Pay $60.00/month (Months 21 to 36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**1) Ocwen Loan Servicing account # 7192326929, first mortgage on Homestead Property located at 6107 Fletcher Street, Hollywood, FL 33023.**

**2)** Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15h during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Maria Celeste Salinas Rodriguez _____   _____
Debtor                                                         Joint Debtor

Date: **August  7, 2015**                                      Date: _____

LF-31 (rev. 01/08/10)

Case 15-24003-JKO    Doc 12    Filed 08/07/15    Page 2 of 2